UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED MIRZAYAN, an individual;<br><br>    Plaintiffs,<br><br>vs.<br><br>JAGUAR LAND ROVER NORTH AMERICA LLC, et al., a Delaware Limited Liability Company; and DOES 1 to 25, inclusive;<br><br>    Defendants. | Case No.: 2:22-CV-06508-WLH-PVCx<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL [31]**<br><br>Assigned to:<br><br>Hon. Wesley L. Hsu |

Pursuant to the Joint Stipulation to Dismiss Case (Docket No. 31), **IT IS SO ORDERED THAT** Plaintiff's action is dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

DATED:  September 13, 2023

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE

**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL**